UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC L., *et al.*, | No. C-11-2203 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF AND SETTING (1) DEFENDANTS' MOTION TO DISMISS, (2) INTERVENOR'S MOTION TO INTERVENE, AND (3) INTERVENOR'S MOTION TO DISMISS FOR SAME TIME AS HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| LISA P. JACKSON, *et al.*, | |
| Defendants. | |
| _____/ | **(Docket No. 68)** |

This Court hereby **GRANTS** Defendants' Motion for Administrative Relief to Set Hearing on Defendants' Motion to Dismiss for Same Time as Hearing on Plaintiffs' Motion for Preliminary Injunction. Docket No. 68. Plaintiffs' Motion for Preliminary Injunction, Defendants' Motion to Dismiss, Intervenor's Motion to Intervene, and Intervenor's Motion to Dismiss are **set for November 28, 2011 at 2:30 p.m.** before District Judge Edward M. Chen, Courtroom 5, 17th Floor,

///

///

///

///

///

///

///

Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiffs' Opposition is due by November 14, 2011; Defendants' and Intervenor's Reply are due November 18, 2011, by 12:00 Noon.

This order disposes of Docket No. 68.

IT IS SO ORDERED.

Dated: November 3, 2011

_____
EDWARD M. CHEN
United States District Judge